**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| FORUM ON OPEN ACCESS TO GOVERNMENT RECORDS INC., <br><br> Plaintiff, <br><br> v. <br><br> DALLAS COUNTY HISTORICAL FOUNDATION, d/b/a THE SIXTH FLOOR MUSEUM AT DEALEY PLAZA, and NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, <br><br> Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Civil Action No.: 3:25-cv-02034-K <br><br> Jury Trial Demanded |

**NOTICE OF FILING EXHIBITS ATTACHED TO COMPLAINT**

Plaintiff hereby attaches Exhibits A-1 and A-2 to the Complaint (Dkt. 1).

Dated: August 1, 2025

Respectfully submitted,

**JAVITCH LAW OFFICE**

*/s/ Mark L. Javitch*

Mark L. Javitch
CA Bar No. 323729 (pending *pro hac vice*)
mark@javitchlawoffice.com
----
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
(650) 781-8000 | Main
(650) 648-0705 | Fax

--and--

**CHAMPION LLP**

Austin Champion
Texas Bar No. 24065030
austin.champion@championllp.com
Ryan J. Reynolds
Texas Bar No. 24110268
ryan.reynolds@championllp.com

----
2200 Ross Avenue
Suite 4500W
Dallas, Texas 75201
214-225-8880 | Main
214-225-8881 | Fax

**COUNSEL FOR FORUM ON OPEN ACCESS
TO GOVERNMENT RECORDS INC.**