**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| FORUM ON OPEN ACCESS TO GOVERNMENT RECORDS INC., | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.: 3:25-cv-02034-K |
| DALLAS COUNTY HISTORICAL FOUNDATION, d/b/a THE SIXTH FLOOR MUSEUM AT DEALEY PLAZA, and NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | § § § § § § § | Jury Trial Demanded |
| Defendants. | § § § | |

**NOTICE OF FILING EXHIBITS ATTACHED TO COMPLAINT**

Plaintiff hereby attaches Exhibits B through P to the Complaint (Dkt. 1).


Dated: August 1, 2025          Respectfully submitted,

**JAVITCH LAW OFFICE**

*/s/  Mark L. Javitch*
Mark L. Javitch
CA Bar No. 323729 (pending *pro hac vice*)
mark@javitchlawoffice.com
----
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
(650) 781-8000 | Main
(650) 648-0705 | Fax

--and--

**CHAMPION LLP**

Austin Champion
Texas Bar No. 24065030
austin.champion@championllp.com
Ryan J. Reynolds
Texas Bar No. 24110268
ryan.reynolds@championllp.com

----
2200 Ross Avenue
Suite 4500W
Dallas, Texas 75201
214-225-8880 | Main
214-225-8881 | Fax

**COUNSEL FOR FORUM ON OPEN ACCESS
TO GOVERNMENT RECORDS INC.**