# Exhibit B

 Gmail

**Mark Javitch <mark@javitchlawoffice.com>**

## FOIA Request for Zapruder Slides
1 message

**Mark Javitch** <mark@javitchlawoffice.com>                     Fri, Jun 28, 2024 at 10:13 AM
To: Holly Reed <stillpix@nara.gov>

Dear Still Pictures Unit (stillpix@nara.gov):

On behalf of my client, Forum on Open Access to Government Records,

And pursuant to the Freedom of Information Act, My client requests

    Reference: 559449 Local ID: ZF-ZF
    Zapruder Transparencies 171-207, 212-334
    (for the frames in Warren Commission Volume 18)

If you need any clarification, please let me know.

Thank you,

Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000