# Exhibit C

Case 3:25-cv-02034-B     Document 4-2     Filed 08/01/25     Page 2 of 3     PageID 228

 Gmail

**Mark Javitch <mark@javitchlawoffice.com>**

## FOIA Request 24-51268

2 messages

**William Wade** <stillpix@nara.gov>                                         Mon, Jul 1, 2024 at 12:26 PM
To: Mark Javitch <mark@javitchlawoffice.com>

Dear Mark Javitch,
I am writing in response to your Freedom of Information request sent on June 28, 2024 for records in the custody of the National Archives and Records Administration. We assigned your request FOIA Case Number 24-51268.

The series ZF-ZF (National Archives Identifier 559449) is open to the public and available to view in our research room in College Park, MD. If you would like to schedule a Still Picture Research Room appointment, please visit https://www.eventbrite.com/o/national-archives-at-college-park-still-pictures-48193105693. Please note that you may only view the slides during your visit, and you may not reproduce them without written permission from the Sixth Floor Museum. Although NARA has legal custody of the Zapruder Film, and it is considered a federal record, the copyright to the film/slides is owned by the Sixth Floor Museum in Dallas, Texas.  Researchers wishing to copy the slides must first obtain written permission from the Sixth Floor Museum.

The Sixth Floor Museum at Dealey Plaza
411 Elm Street
Suite #120
Dallas, TX 75202
Phone: (214) 747-6660 (Permission) Toll-Free 888-485-4854  Fax: (214) 747-6662
http://www.jfk.org/

The Sixth Floor Museum must then send a written copy of any permission granted to the Still Picture Branch of NARA. The permissions can be forwarded via email to: stillpix@nara.gov.  Alternatively if you are unable to visit, you may wish to hire an independent researcher to copy images on your behalf, who would also need to obtain permission.

This completes the processing of your request. If you have any questions, the Still Picture Reference Team will be happy to assist you.  Written inquiries may be directed to the Still Picture Reference Team, RRSS, Room 5360, National Archives and Records Administration, 8601 Adelphi Road, College Park, Maryland 20740-6001.  Our phone number is 301-837-0561 and fax 301-837-3621.  We can also be reached by email at stillpix@nara.gov.

We do not consider this a denial of your FOIA request. However, if you are not satisfied with our action on this request, your options for appeal and dispute resolution are outlined in the attached document.


Billy Wade, Branch Chief
Still Picture Branch


On Fri, Jun 28, 2024 at 1:13 PM Mark Javitch <mark@javitchlawoffice.com> wrote:
> Dear Still Pictures Unit (stillpix@nara.gov):
>
> On behalf of my client, Forum on Open Access to Government Records,
>
> And pursuant to the Freedom of Information Act, My client requests
>
>     Reference: 559449 Local ID: ZF-ZF
>     Zapruder Transparencies 171-207, 212-334
>     (for the frames in Warren Commission Volume 18)

If you need any clarification, please let me know.

Thank you,

Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000


--
You received this message because you are subscribed to the Google Groups "STILLPIX" group.
To unsubscribe from this group and stop receiving emails from it, send an email to Stillpix+unsubscribe@nara.gov.
To view this discussion on the web visit https://groups.google.com/a/nara.gov/d/msgid/Stillpix/
CABh7VXB1GWGLtGn3tVP7sw9aWzVKi%2BbY0iRpbYA6tTnBeDiR7Q%40mail.gmail.com.

 **FOIA Appeal and Dispute Resolution Option_10_2021.docx**
10K

---

**Mark Javitch** <mark@javitchlawoffice.com>                    Mon, Jul 1, 2024 at 12:50 PM
Draft To: William Wade <stillpix@nara.gov>

Dear Mr. Wade,
[Quoted text hidden]