# Exhibit D

 Gmail                                           **Mark Javitch <mark@javitchlawoffice.com>**

## Appeal for FOIA Request 24-51268
1 message

**Mark Javitch** <mark@javitchlawoffice.com>                    Mon, Jul 1, 2024 at 2:25 PM
To: NARA General Counsel FOIA Office <FOIA@nara.gov>

Dear NARA,

On behalf of my client, Forum on Open Access to Government Records, this is an appeal of the response to my client's FOIA Request 24-51268 which I forwarded to you below. My client was not provided copies in response to its request for copies of the transparencies of the Zapruder Film frames 171-207, 212-334 (Reference: 559449 Local ID: ZF-ZF) . "The general rule under FOIA is that a person is entitled to copies of a federal agency's records upon making a request that 'reasonably describes such records' and that complies with required procedures for such requests." Trentadue v. FBI, 572 F.3d 794, 796 (10th Cir. 2009) (quoting 5 U.S.C. § 552(a)(3)(A)(i)).

The reason given was that my client does not have permission and must seek permission from the copyright holder, the Sixth Floor Museum. However, this response is incorrect as a matter of law, as there is no copyright on these requested transparencies because these are Warren Commission exhibits that were published in the Warren Commission Volume 18 in 1964 without any notice of copyright and with cooperation from any copyright holder. See *Brown v. Latin Am. Music Co.,* 498 F.3d 18 , 23-24 (1st Cir. 2007) ("LAMCO did not present any substantive support for its claim of copyright, as against ... the uncontroverted documentary evidence of prior publication without the required statutory notice."

Further, under the reading room provision, copies of the requested documents were supposed to be provided under Section 552(a)(2)(D) which requires that (2) Each agency, in accordance with published rules, shall make available for public inspection in an electronic format . . .(D) copies of all records, regardless of form or format--(II) that have been requested 3 or more times . . . .I am sure there is no doubt that these transparencies have been requested more than 3 times.

Thank you,
Mark Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo GA 94401
(650)781-8000

---------- Forwarded message ---------
From: **William Wade** <stillpix@nara.gov>
Date: Mon, Jul 1, 2024 at 12:27 PM
Subject: FOIA Request 24-51268
To: Mark Javitch <mark@javitchlawoffice.com>

Dear Mark Javitch,
I am writing in response to your Freedom of Information request sent on June 28, 2024 for records in the custody of the National Archives and Records Administration. We assigned your request FOIA Case Number 24-51268.

The series ZF-ZF (National Archives Identifier 559449) is open to the public and available to view in our research room in College Park, MD. If you would like to schedule a Still Picture Research Room appointment, please visit https://www.eventbrite.com/o/national-archives-at-college-park-still-pictures-48193105693. Please note that you may only view the slides during your visit, and you may not reproduce them without written permission from the Sixth Floor Museum. Although NARA has legal custody of the Zapruder Film, and it is considered a federal record, the copyright to the film/slides is owned by the Sixth Floor Museum in Dallas, Texas.  Researchers wishing to copy the slides must first obtain written permission from the Sixth Floor Museum.

The Sixth Floor Museum at Dealey Plaza
411 Elm Street
Suite #120

Dallas, TX 75202

Phone: (214) 747-6660 (Permission) Toll-Free 888-485-4854  Fax: (214) 747-6662
http://www.jfk.org/

The Sixth Floor Museum must then send a written copy of any permission granted to the Still Picture Branch of NARA. The permissions can be forwarded via email to: stillpix@nara.gov.  Alternatively if you are unable to visit, you may wish to hire an independent researcher to copy images on your behalf, who would also need to obtain permission.

This completes the processing of your request. If you have any questions, the Still Picture Reference Team will be happy to assist you.  Written inquiries may be directed to the Still Picture Reference Team, RRSS, Room 5360, National Archives and Records Administration, 8601 Adelphi Road, College Park, Maryland 20740-6001.  Our phone number is 301-837-0561 and fax 301-837-3621.  We can also be reached by email at stillpix@nara.gov.

We do not consider this a denial of your FOIA request. However, if you are not satisfied with our action on this request, your options for appeal and dispute resolution are outlined in the attached document.

Billy Wade, Branch Chief
Still Picture Branch

On Fri, Jun 28, 2024 at 1:13 PM Mark Javitch <mark@javitchlawoffice.com> wrote:
Dear Still Pictures Unit (stillpix@nara.gov):

On behalf of my client, Forum on Open Access to Government Records,

And pursuant to the Freedom of Information Act, My client requests

    Reference: 559449 Local ID: ZF-ZF
    Zapruder Transparencies 171-207, 212-334
    (for the frames in Warren Commission Volume 18)

If you need any clarification, please let me know.

Thank you,

Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

--
You received this message because you are subscribed to the Google Groups "STILLPIX" group.
To unsubscribe from this group and stop receiving emails from it, send an email to Stillpix+unsubscribe@nara.gov.
To view this discussion on the web visit https://groups.google.com/a/nara.gov/d/msgid/Stillpix/CABh7VXB1GWGLtGn3tVP7sw9aWzVKi%2BbY0iRpbYA6tTnBeDiR7Q%40mail.gmail.com.