# Exhibit F

 Gmail

**Mark Javitch <mark@javitchlawoffice.com>**

## Freedom of Information Act Request for Zapruder Transparencies 208-211

1 message

**Mark Javitch** <mark@javitchlawoffice.com>  Thu, Aug 8, 2024 at 1:06 PM
To: Holly Reed <stillpix@nara.gov>

August 8, 2024

Dear Still Pictures Unit (stillpix@nara.gov):

**RE: Freedom of Information Act Request**

On behalf of my clients, FOIACONSCIOUSNESS.COM LLC and Forum on Open Access to Government Records, Inc.,

And pursuant to the Freedom of Information Act, My clients request

Reference: 559449 Local ID: ZF-ZF
Zapruder Transparencies 208-211

If you need any clarification, please let me know.

Thank you,

Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000