# Exhibit H

Case 3:25-cv-02034-B    Document 4-7    Filed 08/01/25    Page 2 of 3    PageID 243

 **Gmail**

**Mark Javitch <mark@javitchlawoffice.com>**

## Appeal of FOIA Request 24-60113: Freedom of Information Act Request for Zapruder Transparencies 208-211

1 message

**Mark Javitch** <mark@javitchlawoffice.com>                    Fri, Aug 9, 2024 at 8:12 PM
To: NARA General Counsel FOIA Office <FOIA@nara.gov>

Dear NARA Deputy Archivist,

On behalf of my clients, this is an appeal of the response to my client's FOIA Request 24-60113, which I forwarded to you below. My client was not provided copies in response to its request for copies of the transparencies of the Zapruder Film frames 208-211 (Reference: 559449 Local ID: ZF-ZF) . "The general rule under FOIA is that a person is entitled to copies of a federal agency's records upon making a request that 'reasonably describes such records' and that complies with required procedures for such requests." *Trentadue v. FBI*, 572 F.3d 794, 796 (10th Cir. 2009) (quoting 5 U.S.C. § 552(a)(3)(A)(i)).

The reason given was that my client does not have permission and must seek permission from the copyright holder, the Sixth Floor Museum. However, this response is incorrect as a matter of law, as there is no valid copyright on these requested transparencies, and providing a copy under FOIA is Fair Use and not infringing.

Further, under the reading room provision, copies of the requested documents were supposed to be provided under Section 552(a)(2)(D) which requires that (2) Each agency, in accordance with published rules, shall make available for public inspection in an electronic format . . .(D) copies of all records, regardless of form or format--(II) that have been requested 3 or more times . . . .I am sure there is no doubt that these transparencies have been requested more than 3 times.

Thank you,
Mark Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000
---------- Forwarded message ---------
From: **William Wade** <stillpix@nara.gov>
Date: Fri, Aug 9, 2024 at 7:48 AM
Subject: FOIA Request 24-60113: Freedom of Information Act Request for Zapruder Transparencies 208-211
To: Mark Javitch <mark@javitchlawoffice.com>


Dear Mark Javitch,
I am writing in response to your Freedom of Information request sent yesterday, August 8, 2024 for records in the custody of the National Archives and Records Administration. We assigned your request FOIA Case Number 24-.60113.

The series ZF-ZF (National Archives Identifier 559449) is open to the public and available to view in our research room in College Park, MD. If you would like to schedule a Still Picture Research Room appointment, please visit https://www.eventbrite.com/o/national-archives-at-college-park-still-pictures-48193105693. Please note that you may only view the slides during your visit, and you may not reproduce them without written permission from the Sixth Floor Museum. Although NARA has legal custody of the Zapruder Film, and it is considered a federal record, the copyright to the film/slides is owned by the Sixth Floor Museum in Dallas, Texas.  Researchers wishing to copy the slides must first obtain written permission from the Sixth Floor Museum.

The Sixth Floor Museum at Dealey Plaza
411 Elm Street
Suite #120
Dallas, TX 75202
Phone: (214) 747-6660 (Permission) Toll-Free 888-485-4854  Fax: (214) 747-6662
http://www.jfk.org/

The Sixth Floor Museum must then send a written copy of any permission granted to the Still Picture Branch of NARA. The permissions can be forwarded via email to: stillpix@nara.gov.  Alternatively if you are unable to visit, you may wish to hire an independent researcher to copy images on your behalf, who would also need to obtain permission.

I believe you also sent a request on July 1, 2024 for different slide numbers. We have not yet received confirmation from The Sixth Floor Museum that permission has been granted. I just wanted to let you know in case you had reached out to them.

This completes the processing of your request. If you have any questions, the Still Picture Reference Team will be happy to assist you.  Written inquiries may be directed to the Still Picture Reference Team, RRSS, Room 5360, National Archives and Records Administration, 8601 Adelphi Road, College Park, Maryland 20740-6001. Our phone number is 301-837-0561 and fax 301-837-3621.  We can also be reached by email at stillpix@nara.gov.

We do not consider this a denial of your FOIA request. However, if you are not satisfied with our action on this request, your options for appeal and dispute resolution are outlined in the attached document.

Billy Wade, Branch Chief
Still Picture Branch


--------- Forwarded message ---------
From: **Mark Javitch** <mark@javitchlawoffice.com>
Date: Thu, Aug 8, 2024 at 4:07 PM
Subject: Freedom of Information Act Request for Zapruder Transparencies 208-211
To: Holly Reed <stillpix@nara.gov>


August 8, 2024

Dear Still Pictures Unit (stillpix@nara.gov):

> **RE: Freedom of Information Act Request**

On behalf of my clients, FOIACONSCIOUSNESS.COM LLC and Forum on Open Access to Government Records, Inc.,

And pursuant to the Freedom of Information Act, My clients request

> Reference: 559449 Local ID: ZF-ZF
> Zapruder Transparencies 208-211

If you need any clarification, please let me know.

Thank you,

Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000