# Exhibit I

Case 3:25-cv-02034-B    Document 4-8    Filed 08/01/25    Page 2 of 4    PageID 246

 **Mark Javitch <mark@javitchlawoffice.com>**

## Re: Appeal of FOIA Request 24-60113: Freedom of Information Act Request for Zapruder Transparencies 208-211

1 message

**Wanda Williams** <wanda.williams@nara.gov>                    Mon, Aug 12, 2024 at 8:52 AM
To: mark@javitchlawoffice.com
Cc: FOIA <foia@nara.gov>

**Sent via Email**  <mark@javitchlawoffice.com>

August 12, 2024

Mark L. Javitch

Javitch Law Office

3 East 3rd Ave. Ste. 200

San Mateo CA 94401

(650) 781-8000

### Re: FOIA NGC24-052A Appeal of 24-60113 Still Picture Branch

Dear Mark Javitch:

On **August 9, 2024**, we received your request for administrative appeal on behalf of the Deputy Archivist of the United States, submitted via the foia@nara.gov inbox.  You are appealing the response you received from NARA's *Still Picture Branch* to your FOIA request 24-60113.  We assigned your appeal the tracking number **NGC24-052A**.  Please provide this number in any future correspondence about this appeal.  The Deputy Archivist of the United States has the responsibility to adjudicate such appeals.

In your appeal, you stated:

*On behalf of my clients, this is an appeal of the response to my client's FOIA Request 24-60113, which I forwarded to you below. My client was not provided copies in response to its request for copies of the transparencies of the Zapruder Film frames 208-211 (Reference: 559449 Local ID: ZF-ZF) . "The general rule under FOIA is that a person is entitled to copies of a federal agency's records upon making a request that 'reasonably describes such records' and that complies with required procedures for such requests." Trentadue v. FBI, 572 F.3d 794, 796 (10th Cir. 2009) (quoting 5 U.S.C. § 552(a) (3)(A)(i)).*

*The reason given was that my client does not have permission and must seek permission from the copyright holder, the Sixth Floor Museum. However, this response is incorrect as a matter of law, as there is no valid copyright on these requested transparencies, and providing a copy under FOIA is Fair Use and not infringing.*

*Further, under the reading room provision, copies of the requested documents were supposed to be provided under Section 552(a)(2)(D) which requires that (2) Each agency, in accordance with published rules, shall make available for public inspection in an electronic format . . .(D) copies of all records, regardless of form or format--(II) that have been requested 3 or more times . . . .I am sure there is no doubt that these transparencies have been requested more than 3 times.  [sic]*

To afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact us at *foia@nara.gov*.

Sincerely,

Wanda Williams

Case 3:25-cv-02034-B      Document 4-8     Filed 08/01/25      Page 3 of 4      PageID 247

Deputy FOIA Officer/Archivist
Office of General Counsel (NGC)/Operational FOIA and Access Division
National Archives and Records Administration
College Park, Maryland, 20740-6001
301-837-0773 direct
301-837-3642 FOIA Information Line
wanda.williams@nara.gov



On Fri, Aug 9, 2024 at 11:13 PM Mark Javitch <mark@javitchlawoffice.com> wrote:
Dear NARA Deputy Archivist,

On behalf of my clients, this is an appeal of the response to my client's FOIA Request 24-60113, which I forwarded to
you below. My client was not provided copies in response to its request for copies of the transparencies of the Zapruder
Film frames 208-211 (Reference: 559449 Local ID: ZF-ZF) . "The general rule under FOIA is that a person is entitled to
copies of a federal agency's records upon making a request that 'reasonably describes such records' and that complies
with required procedures for such requests." *Trentadue v. FBI*, 572 F.3d 794, 796 (10th Cir. 2009) (quoting 5 U.S.C. §
552(a)(3)(A)(i)).

The reason given was that my client does not have permission and must seek permission from the copyright holder, the
Sixth Floor Museum. However, this response is incorrect as a matter of law, as there is no valid copyright on these
requested transparencies, and providing a copy under FOIA is Fair Use and not infringing.

Further, under the reading room provision, copies of the requested documents were supposed to be provided under
Section 552(a)(2)(D) which requires that (2) Each agency, in accordance with published rules, shall make available for
public inspection in an electronic format . . .(D) copies of all records, regardless of form or format--(II) that have been
requested 3 or more times . . . .I am sure there is no doubt that these transparencies have been requested more than 3
times.

Thank you,
Mark Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000
---------- Forwarded message ---------
From: **William Wade** <stillpix@nara.gov>
Date: Fri, Aug 9, 2024 at 7:48 AM
Subject: FOIA Request 24-60113: Freedom of Information Act Request for Zapruder Transparencies 208-211
To: Mark Javitch <mark@javitchlawoffice.com>

Dear Mark Javitch,
I am writing in response to your Freedom of Information request sent yesterday, August 8, 2024 for records in the
custody of the National Archives and Records Administration. We assigned your request FOIA Case Number 24-.60113.

The series ZF-ZF (National Archives Identifier 559449) is open to the public and available to view in our research room
in College Park, MD. If you would like to schedule a Still Picture Research Room appointment, please
visit https://www.eventbrite.com/o/national-archives-at-college-park-still-pictures-48193105693. Please note that you
may only view the slides during your visit, and you may not reproduce them without written permission from the Sixth
Floor Museum. Although NARA has legal custody of the Zapruder Film, and it is considered a federal record, the
copyright to the film/slides is owned by the Sixth Floor Museum in Dallas, Texas.  Researchers wishing to copy the
slides must first obtain written permission from the Sixth Floor Museum.

The Sixth Floor Museum at Dealey Plaza
411 Elm Street
Suite #120
Dallas, TX 75202
Phone: (214) 747-6660 (Permission) Toll-Free 888-485-4854  Fax: (214) 747-6662

http://www.jfk.org/

The Sixth Floor Museum must then send a written copy of any permission granted to the Still Picture Branch of NARA. The permissions can be forwarded via email to: stillpix@nara.gov.  Alternatively if you are unable to visit, you may wish to hire an independent researcher to copy images on your behalf, who would also need to obtain permission.

I believe you also sent a request on July 1, 2024 for different slide numbers. We have not yet received confirmation from The Sixth Floor Museum that permission has been granted. I just wanted to let you know in case you had reached out to them.

This completes the processing of your request. If you have any questions, the Still Picture Reference Team will be happy to assist you.  Written inquiries may be directed to the Still Picture Reference Team, RRSS, Room 5360, National Archives and Records Administration, 8601 Adelphi Road, College Park, Maryland 20740-6001.  Our phone number is 301-837-0561 and fax 301-837-3621.  We can also be reached by email at stillpix@nara.gov.

We do not consider this a denial of your FOIA request. However, if you are not satisfied with our action on this request, your options for appeal and dispute resolution are outlined in the attached document.

Billy Wade, Branch Chief
Still Picture Branch


--------- Forwarded message ---------
From: **Mark Javitch** <mark@javitchlawoffice.com>
Date: Thu, Aug 8, 2024 at 4:07 PM
Subject: Freedom of Information Act Request for Zapruder Transparencies 208-211
To: Holly Reed <stillpix@nara.gov>


August 8, 2024

Dear Still Pictures Unit (stillpix@nara.gov):

### RE: Freedom of Information Act Request

On behalf of my clients, FOIACONSCIOUSNESS.COM LLC and Forum on Open Access to Government Records, Inc.,

And pursuant to the Freedom of Information Act, My clients request

> Reference: 559449 Local ID: ZF-ZF
> Zapruder Transparencies 208-211

If you need any clarification, please let me know.

Thank you,

Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000