# Exhibit L

Case 3:25-cv-02034-B     Document 4-11     Filed 08/01/25     Page 2 of 3     PageID 260



**Mark Javitch <mark@javitchlawoffice.com>**

## Re: Response to request for permission to use the Museum's Copyright on the Zapruder Film

1 message

---

**Mark Javitch** <mark@javitchlawoffice.com>                    Tue, Apr 15, 2025 at 1:30 PM
To: "Phipps, Charles" <Charles.Phipps@troutman.com>
Cc: "Solitro, Daniel A." <Daniel.Solitro@troutman.com>, "Davison, Tucker" <Tucker.Davison@troutman.com>

Charles,

Thank you for the letter.  I will get back to you soon. Just to clarify, despite offering licenses to use some frames in your letter, your client is not going to inform the National Archives that it is unopposed to the FOIA requests of FOIAConsciousness.com LLC and the Forum?

Best,
Mark Javitch
Javitch Law Office
3 East 3rd. Ave Ste. 200
San Mateo CA 94401


On Tue, Apr 15, 2025 at 12:26 PM Phipps, Charles <Charles.Phipps@troutman.com> wrote:

> Mark,
>
>
> Please find attached the requested response. I will send the exhibits in my next email.
>
>
> Best regards,
>
>
> Charles E. Phipps, Esq.
>
> Partner
>
> Troutman Pepper Locke
>
> PH: (214) 417-9929
>
> Charles.Phipps@Troutman.com
>
> ---
>
> **From:** Mark Javitch <mark@javitchlawoffice.com>
> **Sent:** Thursday, April 3, 2025 5:55 PM
> **To:** Davison, Tucker <Tucker.Davison@troutman.com>; Phipps, Charles <Charles.Phipps@troutman.com>; Solitro, Daniel A. <Daniel.Solitro@troutman.com>
> **Subject:** request for permission to use the Museum's Copyright on the Zapruder Film

**CAUTION: The sender's email address is unknown (not previously received).**

DO NOT click links or open attachments unless you confirm that this sender is legitimate and the content is safe.

Dear counsel,

Can you please see the attached letter and respond by April 15, 2025.

Best,

Mark Javitch

Javitch Law Office

3 East 3rd Ave. Ste. 200

San Mateo CA 94401

(650) 781-8000

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.