# Exhibit M

 **Gmail**

**Mark Javitch <mark@javitchlawoffice.com>**

## RE: Response to request for permission to use the Museum's Copyright on the Zapruder Film

1 message

**Phipps, Charles** <Charles.Phipps@troutman.com>                Wed, Apr 16, 2025 at 8:35 AM
To: Mark Javitch <mark@javitchlawoffice.com>
Cc: "Solitro, Daniel A." <Daniel.Solitro@troutman.com>, "Davison, Tucker" <Tucker.Davison@troutman.com>

Dear Mark,

The Museum is not going to inform the National Archives that it is unopposed to the FOIA requests of FOIAConsciousness.com LLC and the Forum because you are seeking to make a copy of the materials without a license.  As set forth in my response letter and as admitted on your client's website, your client needs a license from the Museum before making copies.

Best regards,

Charles E. Phipps, Esq.

Partner

Troutman Pepper Locke

PH: (214) 417-9929

Charles.Phipps@Troutman.com

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, April 15, 2025 4:30 PM
**To:** Phipps, Charles <Charles.Phipps@troutman.com>
**Cc:** Solitro, Daniel A. <Daniel.Solitro@troutman.com>; Davison, Tucker <Tucker.Davison@troutman.com>
**Subject:** Re: Response to request for permission to use the Museum's Copyright on the Zapruder Film

**CAUTION: The sender's email address is unknown (not previously received).**

DO NOT click links or open attachments unless you confirm that this sender is legitimate and the content is safe.

Charles,

Thank you for the letter.  I will get back to you soon. Just to clarify, despite offering licenses to use some frames in your letter, your client is not going to inform the National Archives that it is unopposed to the FOIA requests of FOIAConsciousness.com LLC and the Forum?

Best,

Mark Javitch

Javitch Law Office

3 East 3rd. Ave Ste. 200

San Mateo CA 94401

On Tue, Apr 15, 2025 at 12:26 PM Phipps, Charles <Charles.Phipps@troutman.com> wrote:

> Mark,
>
> Please find attached the requested response. I will send the exhibits in my next email.
>
> Best regards,
>
> Charles E. Phipps, Esq.
>
> Partner
>
> Troutman Pepper Locke
>
> PH: (214) 417-9929
>
> Charles.Phipps@Troutman.com
>
> ---
>
> **From:** Mark Javitch <mark@javitchlawoffice.com>
> **Sent:** Thursday, April 3, 2025 5:55 PM
> **To:** Davison, Tucker <Tucker.Davison@troutman.com>; Phipps, Charles <Charles.Phipps@troutman.com>; Solitro, Daniel A. <Daniel.Solitro@troutman.com>
> **Subject:** request for permission to use the Museum's Copyright on the Zapruder Film

**CAUTION: The sender's email address is unknown (not previously received).**

DO NOT click links or open attachments unless you confirm that this sender is legitimate and the content is safe.

Dear counsel,

Can you please see the attached letter and respond by April 15, 2025.

Best,

Mark Javitch

Javitch Law Office

3 East 3rd Ave. Ste. 200

San Mateo CA 94401

(650) 781-8000

---

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.