# Exhibit O

 **Mark Javitch <mark@javitchlawoffice.com>**

## RE: Response to request for permission to use the Museum's Copyright on the Zapruder Film
1 message

**Phipps, Charles** <Charles.Phipps@troutman.com>                        Thu, Apr 24, 2025 at 11:57 AM
To: Mark Javitch <mark@javitchlawoffice.com>
Cc: "Solitro, Daniel A." <Daniel.Solitro@troutman.com>, "Davison, Tucker" <Tucker.Davison@troutman.com>

Mark,

As indicated in my April 15, 2025 response letter, any request for a license from the Museum must go through the Museum's publicly available licensing program. See Section V. of my response letter.  If your client requests a license from the Museum, please submit a request through the publicly available licensing program.

Best regards,

Charles E. Phipps, Esq.

Partner

Troutman Pepper Locke

PH: (214) 417-9929

Charles.Phipps@Troutman.com

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Wednesday, April 23, 2025 12:56 PM
**To:** Phipps, Charles <Charles.Phipps@troutman.com>
**Cc:** Solitro, Daniel A. <Daniel.Solitro@troutman.com>; Davison, Tucker <Tucker.Davison@troutman.com>
**Subject:** Re: Response to request for permission to use the Museum's Copyright on the Zapruder Film

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Case 3:25-cv-02034-B     Document 4-14     Filed 08/01/25     Page 3 of 7     PageID 274

Charles,

Thank you for the email. FOIAConsciousness.com LLC ("FC") presently requests the Museum to grant permission for the National Archives to fulfill FC's FOIA Requests for the two requested versions of the Zapruder film, as well as future requests for Zapruder related material held in the National Archives, for the purposes of research and commentary.

Best,

Mark Javitch

Javitch Law Office

3 East 3rd Ave. Ste. 200

San Mateo CA 94401

(650) 781-8000

On Tue, Apr 22, 2025 at 2:58 PM Phipps, Charles <Charles.Phipps@troutman.com> wrote:

> Mark,
>
> The FOIAConsciousness.com LLC lawsuit was dismissed on June 11, 2024.  The Forum lawsuit was dismissed on March 31, 2025. Your April 3, 2025 letter was the first such request and was sent on behalf of the Forum. Thus, the declaration submitted during the FOIAConsciousness.com LLC lawsuit was true at the time it was submitted; and it remains true because your April 3 letter was sent on behalf of the Forum.
>
> Even if you do make a request on behalf of FOIAConsciousness.com LLC, I am not aware of a requirement for providing the Court in the FOIAConsciousness.com LLC lawsuit with such an "update."  If you have any case or rule upon which you rely for a requirement to update a court after a case is dismissed about a development that happened after a declaration was submitted and after the case was dismissed, please let me know.
>
> Sincerely,
>
> Charles Phipps
>
> PH: (214) 417-9929

Case 3:25-cv-02034-B     Document 4-14     Filed 08/01/25     Page 4 of 7     PageID 275

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, April 22, 2025 5:37 PM
**To:** Phipps, Charles <Charles.Phipps@troutman.com>
**Cc:** Solitro, Daniel A. <Daniel.Solitro@troutman.com>; Davison, Tucker <Tucker.Davison@troutman.com>
**Subject:** Re: Response to request for permission to use the Museum's Copyright on the Zapruder Film

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Hi Charles,

Thank you for your last email. Now that FOIAConsciousness.com LLC has requested permission from the Museum herein to have its FOIA requests for versions of the Zapruder film granted, will you be updating Judge Donato regarding the Museum's previous statement that "[t]he Museum has never received a request regarding the Zapruder film from Plaintiff

FOIACONSCIOUSNESS.com." from the Declaration of Ms. Longford at 26-1 ¶ 12?

Best,

Mark Javitch

Javitch Law Office

3 East 3rd Ave. Ste. 200

San Mateo CA 94401

(650) 781-8000

On Wed, Apr 16, 2025 at 8:35 AM Phipps, Charles <Charles.Phipps@troutman.com> wrote:

> Dear Mark,
>
> The Museum is not going to inform the National Archives that it is unopposed to the FOIA requests of FOIAConsciousness.com LLC and the Forum because you are seeking to make a copy of the materials without a license. As set forth in my response letter and as admitted on your client's website, your client needs a license from the Museum before making copies.
>
> Best regards,

Charles E. Phipps, Esq.

Partner

Troutman Pepper Locke

PH: (214) 417-9929

Charles.Phipps@Troutman.com

---

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Tuesday, April 15, 2025 4:30 PM
**To:** Phipps, Charles <Charles.Phipps@troutman.com>
**Cc:** Solitro, Daniel A. <Daniel.Solitro@troutman.com>; Davison, Tucker <Tucker.Davison@troutman.com>
**Subject:** Re: Response to request for permission to use the Museum's Copyright on the Zapruder Film

**CAUTION: The sender's email address is unknown (not previously received).**

DO NOT click links or open attachments unless you confirm that this sender is legitimate and the content is safe.

Charles,

Thank you for the letter. I will get back to you soon. Just to clarify, despite offering licenses to use some frames in your letter, your client is not going to inform the National Archives that it is unopposed to the FOIA requests of FOIAConsciousness.com LLC and the Forum?

Best,

Mark Javitch

Javitch Law Office

3 East 3rd. Ave Ste. 200

San Mateo CA 94401

On Tue, Apr 15, 2025 at 12:26 PM Phipps, Charles <Charles.Phipps@troutman.com> wrote:

> Mark,

Please find attached the requested response. I will send the exhibits in my next email.

Best regards,

Charles E. Phipps, Esq.

Partner

Troutman Pepper Locke

PH: (214) 417-9929

Charles.Phipps@Troutman.com

---

**From:** Mark Javitch <mark@javitchlawoffice.com>
**Sent:** Thursday, April 3, 2025 5:55 PM
**To:** Davison, Tucker <Tucker.Davison@troutman.com>; Phipps, Charles <Charles.Phipps@troutman.com>; Solitro, Daniel A. <Daniel.Solitro@troutman.com>
**Subject:** request for permission to use the Museum's Copyright on the Zapruder Film

**CAUTION: The sender's email address is unknown (not previously received).**

DO NOT click links or open attachments unless you confirm that this sender is legitimate and the content is safe.

Dear counsel,

Can you please see the attached letter and respond by April 15, 2025.

Best,

Mark Javitch

Javitch Law Office

3 East 3rd Ave. Ste. 200

San Mateo CA 94401

(650) 781-8000

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.