# Exhibit P



**Mark Javitch <mark@javitchlawoffice.com>**

# Thank you for contacting us!

1 message

**Information Mailbox** <info@jfk.org>                                    Thu, Apr 24, 2025 at 12:31 PM
To: "mark@javitchlawoffice.com" <mark@javitchlawoffice.com>

---

Thank you for contacting us about Rights and Reproduction. We will get back to you soon.

Sent from The Sixth Floor Museum at Dealey Plaza

---

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd.**