**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| FORUM ON OPEN ACCESS TO GOVERNMENT RECORDS INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | 3:25-cv-02034-B |
| DALLAS COUNTY HISTORICAL FOUNDATION, d/b/a THE SIXTH FLOOR MUSEUM AT DEALEY PLAZA AND NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | § § § § § § | |
| *Defendants*. | | |

---

**APPENDIX IN SUPPORT OF DEFENDANT DALLAS COUNTY HISTORICAL
FOUNDATION, d/b/a THE SIXTH FLOOR MUSEUM AT DEALEY PLAZA'S MOTION
TO DISMISS**

---

Defendant Dallas County Historical Foundation d/b/a The Sixth Floor Museum at Dealey

Plaza ("Defendant") hereby submits the following Appendix pursuant to Local Rule 7.1(i) for the

United States District Court for the Northern District of Texas.  The evidence attached hereto is

submitted in support of Defendant's Motion to Dismiss and Brief in Support, which is being filed

simultaneously herewith.

The contents of this Appendix are:

| PAGES | EXHIBIT | DESCRIPTION |
|---|---|---|
| APP. 04-07 | 1 | Certificate of Formation of Forum on Open Access to Government Records Inc. filed with the Texas Secretary of State |
| APP. 08-09 | 2 | Business Organizations Inquiry for Forum on Open Access to Government Records Inc. from the Texas Secretary of State |
| APP. 10-11 | 3 | May 15, 1967 Copyright Registration for the Zapruder Film from the United States Copyright Office |

| APP. 12-15 | 4 | January 24, 2000 Assignment of the Copyright in the Zapruder Film from the United States Copyright Office |
| APP. 16-19 | 5 | January 28, 2000 Assignment of the Copyright in the Zapruder Film from the United States Copyright Office |
| APP. 20-23 | 6 | February 2, 2000 Assignment of the Copyright in the Zapruder Film from the United States Copyright Office |

APP. 02

Dated: September 4, 2025

Respectfully Submitted,

*/s/ Charles E. Phipps*

Charles E. Phipps
  Texas State Bar No. 00794457
  cphipps@lockelord.com
A. Tucker Davison
  Texas State Bar No. 24120794
  tucker.davison@lockelord.com
Kara Anderson
  Texas Bar No. 24142638
  kara.foister@troutman.com
**TROUTMAN PEPPER LOCKE LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 Telephone
(214) 740-8800 Facsimile

**COUNSEL FOR DEFENDANT
DALLAS COUNTY HISTORICAL
FOUNDATION, d/b/a THE SIXTH
FLOOR MUSEUM AT DEALEY
PLAZA**

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Charles E. Phipps*
Charles E. Phipps

# EXHIBIT 1

| Form 202 | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $25 | <br>**Certificate of Formation<br>Nonprofit Corporation** | **Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 805622397 07/12/2024<br>Document #: 1381268240002<br>Image Generated Electronically<br>for Web Filing** |

### Article 1 - Corporate Name

The filing entity formed is a nonprofit corporation. The name of the entity is :

## Forum on Open Access to Government Records Inc.

### Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be corporation named above) by the name of:

## TRUE Space, Inc.

### OR

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
## 4245 N Central Expy, Ste 492    Dallas  TX  75205

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

### OR

☑B. The consent of the registered agent is maintained by the entity.

### Article 3 - Management

☐ A. Management of the affairs of the corporation is to be vested solely in the members of the corporation.

### OR

☑ B. Management of the affairs of the corporation is to be vested in its board of directors. The number of directors, which must be a minimum of three, that constitutes the initial board of directors and the names and addresses of the persons who are to serve as directors until the first annual meeting or until their successors are elected and qualified are set forth below.

| Director 1: **Mark     Javitch** | Title: **Director** |
|---|---|
| Address: **4245 N Central Expy, #492    Dallas  TX, USA  75205** | |
| Director 2: **Andrew     Boehm** | Title: **Director** |
| Address: **4245 N Central Expy, #492    Dallas  TX, USA  75205** | |
| Director 3: **Allison     Javitch** | Title: **Director** |
| Address: **4245 N Central Expy, #492    Dallas  TX, USA  75205** | |

### Article 4 - Organization Structure

☐ A. The corporation will have members.

or

☑ B. The corporation will not have members.

### Article 5 - Purpose

The corporation is organized for the following purpose or purposes:
**The corporation is organized exclusively for charitable, educational, religious, or scientific purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code.**

APP. 05

Non profit advocating for open access to government and public records through public records laws.

## Supplemental Provisions / Information

DISSOLUTION CLAUSE: Upon the Dissolution of the corporation, the Board of Directors shall, after paying off or making provisions for the payment of all of the liabilities of the corporation, dispose of all the assets of the corporation exclusively for the purpose of the corporation in such manner, or the such organization or organizations organized and the time qualify as an exempt organization or organizations under Section 501 (c)(3) of the Internal Revenue Code of 1986, or the corresponding provision of any future United States Internal Revenue Law, as the Board of Directors shall determine.

Any such assets not so disposed of shall be disposed of by the Circuit Court of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

ADDITIONAL CLAUSE: No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes. No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office. Notwithstanding any other provision of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code, or (b) by a corporation, contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

[The attached addendum, if any, is incorporated herein by reference.]

## Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

OR

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

## Initial Mailing Address

Address to be used by the Comptroller of Public Accounts for purposes of sending tax information.

The initial mailing address of the filing entity is:
**4245 N Central Expy, Ste 492**
**Dallas, TX 75205**
**USA**

## Organizer

The name and address of the organizer are set forth below.

**Sonia Becerra        3 Greenway Plaza #1320, Houston, TX 77046**

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Sonia Becerra**

Signature of organizer.

**FILING OFFICE COPY**

APP. 07

# EXHIBIT 2

APP. 08

Case 3:25-cv-02034-B    Document 20    Filed 09/04/25    Page 9 of 23    PageID 354

# TEXAS SECRETARY of STATE
# JANE NELSON

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 805622397 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | July 12, 2024 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 32095913623 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Forum on Open Access to Government Records Inc.

**Address:** 539 W COMMERCE ST STE 8422
DALLAS, TX 75208-4231 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| TRUE Space, Inc. | 4245 N Central Expy, Ste 492<br>Dallas, TX 75205 USA | |

[ Order ]   [ Return to Search ]

---

Instructions:
- 🔴 To place an order for additional information about a filing press the 'Order' button.

APP. 09

# EXHIBIT 3



**Property of U.S. Copyright Office**

**Time-Period:** 1955-1970
**Drawer Label:** ZANOR-ZARH
**Card Number:** .0919
**Card Content:** Zapruder, Abraham.KENNEDY ASSASSINATION. Time, Inc.10 sec., color. Appl. author:Abraham Zapruder. © Time, Inc.;15May67; MU7813.1. Time, Inc.2. Zapruder, Abraham. mb-6-13' 67-1

# EXHIBIT 4

Case 3:25-cv-02034-B    Document 20    Filed 09/04/25    Page 13 of 23    PageID 358

Home / Search / Detailed Record View

| Title | Zapruder Film of the Kennedy Assassination | 🔍 |
|---|---|---|

Advanced Search

# Detailed Record View
## Recordation record V3446D907

Copyright Catalog
Displaying 1 of 1 entries

## Zapruder film of the Kennedy assassination;film /By Abraham Zapruder. RE 696-871.

Share ↗    Actions ⌄

| | |
|---|---|
| **Document Number** | V3446D907 |
| **Entire Copyright Document** | V3446 D907 P1-9 |
| **Type of Document** | Recorded Document |
| **Registration Number Not Verified** | RE 696-871. |
| **Date of Recordation** | 2000-01-24 |
| **Date of Execution** | 29Dec99; date of cert.: 21Jan00 |
| **Party 1** | Myrna H. Reis (formerly known as Myrna Faith Zapruder Hauser) & Henry G. Zapruder, children of Abraham Zapruder, individually and as co-independent executors of & for the Estate of Lillian Zapruder Grossman. |
| **Party 2** | LMH Company. |
| **Notes** | Doc. refers to V1542 P143, |

APP. 13

Memorandum of assignment and assignment of copyright.

**Title**  Zapruder film of the Kennedy assassination;film /By Abraham Zapruder. RE 696-871.

**Names**  Reis, Myrna H.

Zapruder Hauser, Myrna Faith

Zapruder, Henry G.

Zapruder, Abraham

Hauser, Myrna Faith Zapruder

Lillian Zapruder Grossman Estate of

LMH Company

## Menu

Home
Recent Records
Recent Searches
Name Directory
Help

## Contact

Contact Us
Feedback

## Resources

Request a Copy Estimate
Request a Search Estimate
FAQs

## U.S. Copyright Office

101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0778 (toll-free)

**Disclaimer:** The Copyright Public Records System (CPRS) enables access to records maintained by the U.S. Copyright Office, including searchable indexing information provided by remitters and applicants who certify the information to be accurate. The Office does not verify the accuracy of this information. In addition, the information maintained in the CPRS has been indexed according to cataloging practices and classification systems that have changed

APP. 14

Case 3:25-cv-02034-B        Document 20       Filed 09/04/25        Page 15 of 23       PageID 360

over time. For these reasons, there may be gaps and inaccuracies in
your search results.

For information on searching copyright records, see How to
Investigate the Copyright Status of a Work (Circular 22). You can also
request that the Copyright Office perform a search of its records. To
request a Search Report, please contact the Records Research and
Certification Division. For information on removing personal
information from Copyright Office public records, refer to Privacy:
Public Copyright Registration Records (Circular 18).

U.S. Copyright Office   | Library of Congress  | Congress.gov   |
USA.gov   | FOIA  | Legal  | Privacy Policy

APP. 15

# EXHIBIT 5



Home  /  Search  /  Detailed Record View

| Title | Zapruder Film | 🔍 |
|---|---|---|

Advanced Search

# Detailed Record View
## Recordation record V3447D441

Copyright Catalog
Displaying 4 of 10 entries

◀ Previous    Next ▶

## The Zapruder film /RE 696-871.

Share ➦    Actions ⌄

| | |
|---|---|
| **Document Number** | V3447D441 |
| **Entire Copyright Document** | V3447 D441-442 P1-27 |
| **Type of Document** | Recorded Document |
| **Registration Number Not Verified** | RE 696-871. |
| **Date of Recordation** | 2000-01-28 |
| **Date of Execution** | as of 30Dec99; 24Dec99; 28Dec99; 23Dec99; date of cert.: 31Jan00 |
| **Party 1** | LMH Company. |
| **Party 2** | Myrna H. Ries, individually & as trustee of the Myrna H. Ries Trust created under the will of Lillian Zapruder Grossman, Henry G. Zapruder, individually & as trustee of the Henry G. |

APP. 17

Zapruder Trust created under the will of Lillian Zapruder Grossman, Majorie Zapruder, Michael Zapruder, Matthew Zapruder, Alexandra Zapruder, Aaron Hauser, Adam Hauser, David Hauser, Jeffrey Hauser.

| | |
|---|---|
| **Notes** | Assignment of copyright. |
| **Title** | The Zapruder film /RE 696-871. |
| **Names** | Ries, Myrna H. |
| | Grossman, Lillian Zapruder |
| | Zapruder, Henry G. |
| | Zapruder, Majorie |
| | Zapruder, Michael |
| | Zapruder, Matthew |
| | Zapruder, Alexandra |
| | Hauser, Aaron |
| | Hauser, Adam |
| | Hauser, David |
| | Hauser, Jeffrey |
| | Zapruder Grossman, Lillian |
| | LMH Company |
| | Myrna H. Ries Trust |
| | Henry G. Zapruder Trust |

◀ Previous     Next ▶

Menu

Home
Recent Records
Recent Searches
Name Directory
Help

Resources

Request a Copy Estimate
Request a Search Estimate
FAQs

APP. 18

Case 3:25-cv-02034-B     Document 20     Filed 09/04/25     Page 19 of 23     PageID 364

Contact

Contact Us

Feedback

# U.S. Copyright Office

101 Independence Ave. S.E.

Washington, D.C. 20559-6000

(202) 707-3000 or

1 (877) 476-0778 (toll-free)

**Disclaimer:** The Copyright Public Records System (CPRS) enables access to records maintained by the U.S. Copyright Office, including searchable indexing information provided by remitters and applicants who certify the information to be accurate. The Office does not verify the accuracy of this information. In addition, the information maintained in the CPRS has been indexed according to cataloging practices and classification systems that have changed over time. For these reasons, there may be gaps and inaccuracies in your search results.

For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). You can also request that the Copyright Office perform a search of its records. To request a Search Report, please contact the Records Research and Certification Division. For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright Office  | Library of Congress  | Congress.gov  |

USA.gov  | FOIA  | Legal  | Privacy Policy

APP. 19

# EXHIBIT 6

Case 3:25-cv-02034-B    Document 20    Filed 09/04/25    Page 21 of 23    PageID 366



Home  /  Search  /  Detailed Record View

| Title | Zapruder Film | 🔍 |
|---|---|---|

Advanced Search

# Detailed Record View
## Recordation record V3447D594

Copyright Catalog
Displaying 3 of 10 entries



◀ Previous    Next ▶

## The Zapruder film /RE 696-871.

Share ➦    Actions ⌄

| | |
|---|---|
| **Document Number** | V3447D594 |
| **Entire Copyright Document** | V3447 D594 P1-21 |
| **Type of Document** | Recorded Document |
| **Registration Number Not Verified** | RE 696-871. |
| **Date of Recordation** | 2000-02-02 |
| **Date of Execution** | as of 30Dec99; 24Dec99; 28Dec99; date of cert.: 2Feb00 |
| **Party 1** | Myrna H. Ries, Myrna H. Ries, as trustee of the Myrna H. Ries Trust, created under the will of Lillian Zapruder Grossman, Henry G. Zapruder, Henry G. Zapruder, as trustee of the Henry G. Zapruder Trust, created under the will |

APP. 21

of Lillian Zapruder Grossman, Marjorie Zapruder, Michael Zapruder, Matthew Zapruder, Alexandra Zapruder, Aaron Hauser, Adam Hauser, David Hauser & Jeffrey Hauser.

**Party 2**    Dallas County Historical Foundation.

**Notes**    Assignment of copyright.

**Title**    The Zapruder film /RE 696-871.

**Names**    Ries, Myrna H.

Grossman, Lillian Zapruder

Zapruder, Henry G.

Zapruder, Marjorie

Zapruder, Michael

Zapruder, Matthew

Zapruder, Alexandra

Hauser, Aaron

Hauser, Adam

Hauser, David

Hauser, Jeffrey

Myrna H. Ries Trust

Henry G. Zapruder Trust

Dallas County Historical Foundation.

◀ Previous    Next ▶

## Menu
Home
Recent Records
Recent Searches
Name Directory
Help
## Contact

## Resources
Request a Copy Estimate
Request a Search Estimate
FAQs

APP. 22

Contact Us

Feedback

## U.S. Copyright Office

101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0778 (toll-free)

**Disclaimer:** The Copyright Public Records System (CPRS) enables access to records maintained by the U.S. Copyright Office, including searchable indexing information provided by remitters and applicants who certify the information to be accurate. The Office does not verify the accuracy of this information. In addition, the information maintained in the CPRS has been indexed according to cataloging practices and classification systems that have changed over time. For these reasons, there may be gaps and inaccuracies in your search results.

For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). You can also request that the Copyright Office perform a search of its records. To request a Search Report, please contact the Records Research and Certification Division. For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright Office  | Library of Congress  | Congress.gov  |
USA.gov  | FOIA  | Legal  | Privacy Policy

APP. 23